UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | (✓) |
| | SCHEDULING | ( ) |

DATE & TIME: Thursday, December 14, 2006 @ 10:00 a.m.

CASE NUMBER: 3:CV-06-1718

CAPTION:   Sterenchock v. DeAngelo Brothers, Inc.

COUNSEL FOR PLAINTIFF:        Christina T. Novajosky, Esquire
                              Mary D. Walsh-Dempsey

COUNSEL FOR DEFENDANT:        Joseph G. Ferguson, Esquire

---

**CONFERENCE RESULTS:**

♦ Plaintiff has complied with Rule 26 discovery, and to provide a medical release to answer questions of whether there was a serious medical condition;
♦ Case will be non-jury;
♦ Seriously talking settlement;
♦ Discovery to run until **March 6, 2007**, to include 30 days to exchange experts;
♦ Court available to aid in discovery.